UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
CASE NO: 8:22-CV-00512-MSS-AEP

| | |
|---|---|
| LORI FLYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANT CNN'S MOTION TO DISMISS COMPLAINT**

I, Katherine M. Bolger, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendant Cable News Network ("CNN" or "Defendant") in the above-captioned matter.

2. I submit this declaration to annex documents relevant to the Defendant's motion to dismiss Plaintiff's Complaint ("Complaint") in this action.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of an archived tweet from user @GenFlynn, posted on or around July 4, 2020, containing a video of Plaintiff engaging in the "#TakeTheOath" Twitter movement. @GenFlynn is the account of Plaintiff's brother-in-law, General Michael Flynn. This archived tweet is available at:

https://web.archive.org/web/20200708231841/https:/twitter.com/GenFlynn/status/1279590652200849409.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of the cached version of an article titled *Michael Flynn recites oath of office using slogan associated with QAnon,* The Washington Examiner (July 5, 2020), which is referenced by Plaintiff in her Complaint.  Compl. ¶ 3 n.1.  This article is available at: http://webcache.googleusercontent.com/search?q=cache:H0FeVEWd2fcJ:https://www.washingtonexaminer.com/news/michael-flynn-recites-oath-of-office-using-slogan-associated-with-qanon&hl=en&gl=us&strip=0&vwsrc=0.

5. Annexed hereto as **Exhibit 3** is a true and correct copy of an article titled *What Is QAnon? What We Know About the Conspiracy-Theory Group,* The Wall Street Journal (February 4, 2021), which is referenced by Plaintiff in her Complaint. Compl. ¶ 1.  This article is available at: https://www.wsj.com/articles/what-is-qanon-what-we-know-about-the-conspiracy-theory-11597694801?mod=article_inline.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of screenshots from the CNN telecast attached as Exhibit 5.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of a CNN telecast titled "CNN Goes Inside A Gathering Of QAnon Followers," which aired on February 3, 2021 as part of the news program Don Lemon Tonight.  A portion of this telecast forms the basis of Plaintiffs' claims.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of the Amended Complaint filed in *John P. "Jack" Flynn and Leslie A. Flynn v. Cable News Network, Inc.*, No. 1:21-cv-02587 (S.D.N.Y. filed May 7, 2021).

9. Annexed hereto as **Exhibit 7** is a true and correct copy of the Motion to Dismiss and accompanying Memorandum of Law filed by Defendant Cable News Network, Inc. in *John P. "Jack" Flynn and Leslie A. Flynn v. Cable News Network, Inc.*, No. 1:21-cv-02587 (S.D.N.Y. filed June 21, 2021).

10. Annexed hereto as **Exhibit 8** is a true and correct copy of the Motion for Partial Reconsideration filed by Defendant Cable News Network, Inc. in *John P. "Jack" Flynn and Leslie A. Flynn v. Cable News Network, Inc.*, No. 1:21-cv-02587 (S.D.N.Y. filed December 30, 2021).

11. Annexed hereto as **Exhibit 9** is a true and correct copy of the Complaint filed in *Valerie Flynn v. Cable News Network, Inc.*, No. 8:22-cv-00343 (M.D. Fla. filed Feb. 9, 2022).

12. Annexed hereto as **Exhibit 10** is a true and correct copy of the Motion to Dismiss and accompanying Memorandum of Law filed by Defendant Cable News Network, Inc. in *Valerie Flynn v. Cable News Network, Inc.*, No. 8:22-cv-00343 (M.D. Fla. filed Mar. 7, 2022).

13. Annexed hereto as **Exhibit 11** is a true and correct copy of the Amended Complaint filed in *Valerie Flynn v. Cable News Network, Inc.*, No. 8:22-cv-00343 (M.D. Fla. filed Mar. 21, 2022).

14. Annexed hereto as **Exhibit 12** is a true and correct copy of the Motion to Dismiss the Amended Complaint and accompanying Memorandum of Law filed by Defendant Cable News Network, Inc. in *Valerie Flynn v. Cable News Network, Inc.*, No. 8:22-cv-00343 (M.D. Fla. filed Apr. 11, 2022).

15. Annexed hereto as **Exhibit 13** is a true and correct copy of an article titled '*Are you QAnon?': One Trump official's brush with an internet cult gone horribly wrong*, Politico (January 19, 2021), which is referenced by Plaintiff in her Complaint. Compl. ¶ 22 n.7. This article is available at:

https://www.politico.com/news/2021/01/19/qanon-trump-ezra-cohen-watnick-460520.

16. Annexed hereto as **Exhibit 14** is a true and correct copy of a transcript of a "CNN Special" titled *The Cult of QAnon,* which aired on February 26, 2021 and is referenced by Plaintiff in her Complaint. Compl. ¶ 15. This transcript is available at:

http://transcripts.cnn.com/TRANSCRIPTS/2102/26/csr.01.html.

17. Annexed hereto as **Exhibit 15** is a true and correct copy of a transcript of a "CNN Special Report" titled *Inside the QAnon Conspiracy*, which aired on January 31, 2021 and is referenced by Plaintiff in her Complaint. Compl. ¶ 2. This transcript is available at:

https://transcripts.cnn.com/show/csr/date/2021-01-31/segment/02.

18. Annexed hereto as **Exhibit 16** is a true and correct copy of an article titled *QAnon's corrosive impact on the U.S.*, CBS News (Feb. 22, 2021), which is referenced by Plaintiff in her Complaint. Compl. ¶ 1. This article is available at: https://www.cbsnews.com/news/qanon-conspiracy-united-states-60-minutes-2021-02-21/.

19. Annexed hereto as **Exhibit 17** is a true and correct copy of House Resolution 1094 (August 25, 2020), which is referenced by Plaintiff in her Complaint. Compl. ¶ 20 n.6. This Resolution is available at: https://www.congress.gov/116/bills/hres1094/BILLS-116hres1094ih.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      May 20, 2022

                                        */s/ Katherine M. Bolger*
                                        KATHERINE M. BOLGER