**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division**

**CASE NO. 8:22-cv-00512-MSS-AEP**

LORI FLYNN                                      )
                                                )
        Plaintiff,                              )
                                                )
v.                                              )                **TRIAL BY JURY**
                                                )                **IS DEMANDED**
                                                )
CABLE NEWS NETWORK, INC.                        )
                                                )
        Defendant.                              )
_____)

# AMENDED COMPLAINT

Plaintiff, Lori Flynn ("Plaintiff" or "Lori"), by counsel, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure (the "Rules"), files the following Amended Complaint against Defendant, Cable News Network, Inc. ("CNN").

Plaintiff seeks (a) compensatory damages and punitive damages in the sum of **$100,000,000.00**, (b) prejudgment interest on the principal sum awarded by the Jury from January 6, 2021 to the date of Judgment at the rate of 4.25 percent per year pursuant to Fla. Stat. § 55.03, and (c) court costs – arising out of CNN's defamation and defamation by implication.

## I.  STATEMENT OF MATERIAL FACTS

1.      According to the Federal Bureau of Investigation ("FBI") and the Department of Homeland Security ("DHS"), "**QAnon**" is a "domestic violence extremist" ("DVE") group and a "domestic terrorism threat". The *Wall Street Journal*

concludes that QAnon is a "far right-wing, loosely organized network and community of believers who embrace a range of unsubstantiated beliefs. These views center on the idea that a cabal of Satan-worshipping pedophiles—mainly consisting of what they see as elitist Democrats, politicians, journalists, entertainment moguls and other institutional figures—have long controlled much of the so-called deep state government, which they say sought to undermine [President] Trump, mostly with aid of media and entertainment outlets." On January 6, 2021, adherents of QAnon were among the "most prominent members of the mob" who stormed the United States Capitol in Washington, D.C. https://www.wsj.com/articles/what-is-qanon-what-we-know-about-the-conspiracy-theory-11597694801?mod=article_inline]. In February 2021, CBS News' *60 Minutes* represented that the violent "extremist ideology" of the QAnon "movement" has had a "corrosive impact" on the United States. [https://www.cbsnews.com/news/qanon-conspiracy-united-states-60-minutes-2021-02-21/].

2.     In the wake of the January 6 storming of the Capitol, a chorus of left-wing media outlets began to spread false narratives about QAnon, including that Lori's husband, retired Lieutenant General Michael T. Flynn ("General Flynn"), was the "founder" of QAnon. CNN, in particular, began to trumpet the notion that violent extremists had infiltrated the Republican Party and that "January 6 was the physical manifestation of the online mob. The guy with the horns on his head who is in all the pictures from the Capitol and has now been arrested was a big QAnon believer. He was at that event in Arizona, too, and I saw him outside Trump's rally in Dalton, Georgia, two days before the insurrection". [https://www.cnn.com/2021/01/21/politics/qanon-conspiracy-donald-trump/index.html]. CNN proclaimed that the January 6 "domestic

terror attack on the US Capitol" was the "violent manifestation" of QAnon. [https://www.cnn.com/2021/01/16/politics/qanon-gop-trump-congress-future/index.html]. CNN began to use "**QAnon**" as a Scarlett Letter to ridicule, shame and humiliate Americans. [https://twitter.com/jaketapper/status/1362050599495030786].

3.  On January 31, 2021, CNN aired a "Special Report" hosted by Anderson Cooper entitled, "*Inside the QAnon Conspiracy*".  CNN called QAnon a "deranged conspiracy cult".  CNN stated that some of "Q's conspiracy claims" were "actually based on age-old racist and anti-Semitic beliefs".  CNN asserted that QAnon, like the Nazis, promoted "ancient and dark biases and bigotry in World history".  CNN stated that QAnon supporters were detached from "reality" and had an utter "disregard" for the facts.  CNN alleged that QAnon followers were mentally ill and crazy.  CNN concluded that it was "abundantly clear" that QAnon was a "dangerous and violent movement" – a movement that has become "insurrectionist".

4.  On February 4, 2021, CNN published an "exclusive" report by correspondent Donie O'Sullivan ("O'Sullivan"), entitled "*CNN Goes Inside A Gathering Of QANON Followers*".  In the O'Sullivan report, CNN falsely accused Lori of being a "follower" of the "dangerous", "violent", "racist", "extremist", "insurrectionist", "domestic terrorism" movement – **QAnon**.  The O'Sullivan report juxtaposed a picture of Lori (and other members of the Flynn family) with numerous known QAnon disciples. The report included footage of the insurrectionist mob storming the United States Capitol on January 6, 2021.  The O'Sullivan report also included a clip – selectively edited and altered by CNN – of a video posted to Twitter by General Flynn on July 4, 2020.  CNN

used Lori's picture and emblazoned the edited clip with a chyron that endorsed the defamatory meaning of CNN's statements:



The tone of the whole O'Sullivan report was that everybody that CNN was showing its audience is a "**QANON FOLLOWER**".

5.      The original video posted by General Flynn was taken during a Fourth of July barbecue at Lori's sister-in-law's home in Newport County, Rhode Island.  Every year over the 4th of July, the Flynn family has a backyard barbeque.  Even when General Flynn was serving in the military, he and Lori would try and make it back to their hometown of Middletown, R.I., to celebrate the nation's Independence Day.  This particular 4th of July, 2020, was especially significant, because the Flynn family was celebrating the dismissal of the nearly 4-year persecution brought on by the very government General Flynn served with honor and distinction for over 33 years.  The Department of Justice ("DOJ") decided to dismiss the case for egregious government misconduct.  Lori and General Flynn were celebrating with family and close friends, including General Flynn's lawyer, Sidney Powell ("Sidney") and her son Wilson.

Everyone thanked Sidney for her part in getting the case dismissed.   Because families all over the country were reaffirming their allegiance to the United States, someone proposed that those who gathered for the barbecue take the oath to the U.S. Constitution (the "Oath") as well.   The Flynn family's service to the nation is extraordinary.   They love this Country.   It was a perfect day to do it.   Lori had on her "USA" sweatshirt that evening.   She wanted to honor the occasion with the red, white and blue.   Not for one moment did Lori ever intend or imagine that she was taking an oath or pledging allegiance to QAnon.

6.      In the original video, each member of the Flynn family, including Lori, individually took the Oath to the United States Constitution, the same Oath taken by Members of Congress.   After finishing the Oath, General Flynn stated, "where we go one, we go all" [1]   Each family member repeated the phrase, as they had repeated each line of the Oath to the U.S. Constitution.   At no time did Lori associate the phrase with QAnon.

---

[1]      According to some, the phrase "where we go one, we go all" was first engraved on a bell on one of President John F. Kennedy's sailboats, acknowledging the unity of mankind.   Others say that the phrase "where we go one, we go all" is inscribed on the bell of the 1911 brigantine rigged sailing ship *Eye of the Wind*. [https://www.eyeofthewind.net/en/gallery-ship?os_image_id-335].   *Eye of the Wind* was used in the Ridley Scott-directed film *White Squall* (1996), where the ship was called *Albatross*.   Captain Christopher Sheldon (played by actor Jeff Bridges) says in the film, "If we don't have order, we have nothing.   Where we go one, we go all."   Still others say that the phrase "where we go one, we go all" is similar to the Latin "*Unus pro omnibus, omnes pro uno*", made famous in the Alexandre Dumas novel *The Three Musketeers* (1844) as "All for one, and one for all."   General Flynn posted the video to Twitter because he wanted to encourage people to think about being good citizens, to love country and family, and be good patriots.   The video had nothing to do with QAnon. Lori's repetition of the phrase "where we go one, we go all" at the July 4, 2020 barbecue did not signify any kind of support for QAnon.   It was not an oath of allegiance to QAnon.   It was a simple, family, July 4 statement of support for each other.   The barbecue and the Oath was about family solidarity and perseverance.   The Flynns were happy and together.   It was one of the first respites the Flynns had since February 2017.

She did not know that anyone considered it to be a QAnon slogan.  The entire family then exclaimed, "God Bless America".

7.      In the altered clip used in the O'Sullivan report, CNN intentionally edited out the Oath to the United States Constitution _and_ consciously omitted the words "God Bless America", fraudulently making it appear and insinuating that Lori pledged an oath of allegiance to QAnon and that Lori was a "**QANON FOLLOWER**".  By its deceptive editing and production of the O'Sullivan report, CNN intended and endorsed the defamatory meaning.

8.      Although it knew nothing about Lori, CNN consciously chose to include Lori in the edited clip and to make her a subject of the O'Sullivan report.[2]  In addition to expressly labeling Lori as a "**QANON FOLLOWER**", the altered CNN clip conveyed a very powerful (but untrue) message:  that Lori pledged her allegiance to QAnon.  In early February 2021, this was a very damaging accusation.  It was like calling someone a "communist" in the 1950s or a Nazi sympathizer in the 1940s.  The messaging was intentional.  CNN made no effort in the O'Sullivan report to dispel the defamatory implications.  The edited video clip with Lori's picture on full display and in full view, festooned with the chyron "**QANON FOLLOWERS**" (which remained on screen the entire broadcast), was a premeditated attempt (a) to manufacture a connection between Lori and QAnon that did not exist and an event (a pledge of allegiance) that never happened, (b) to wildly exaggerate, sensationalize and misrepresent Lori's actions and beliefs, and (c) to create a frenzy about the Flynn family's involvement with a violent,

---

[2]      CNN intended to dox the entire Flynn family.  CNN did not blur or attempt to hide Lori's face or identity or the faces and identities of any other Flynn family member.  If CNN did not intend to make Lori a visible subject of the O'Sullivan report, CNN would have blurred her face or cropped her from the clip.

extremist group, **QAnon**.   The O'Sullivan report intentionally misrepresented and actively sought to conceal what oath Lori was actually taking.

9.      In addition to millions of cable TV viewers in Florida who watched *Don Lemon Tonight* on February 4, 2021, CNN republished the O'Sullivan "exclusive" to hundreds of thousands of social media followers on Twitter (459,000) and millions of subscribers to CNN's YouTube channel (12,200,000) in Florida:



[https://mobile.twitter.com/CNNnewsroom/status/1357801350768308224;

https://www.youtube.com/watch?v=65q8J3Q8MlU].   CNN anchor Brooke Baldwin praised O'Sullivan and encouraged him to "keep digging up these stories and just educating us on who **these people** are and how they think." (Emphasis added).

10.     On March 9, 2021, O'Sullivan republished the report to his 289,000 Twitter followers. [https://mobile.twitter.com/donie/status/1369418214690746375 ("This was at a QAnon event in Arizona right before the election.  Here's our story from @CNNTonight @donlemon")].

11.     On June 15, 2021, after Jack and Leslie Flynn filed suit against CNN and notified CNN that the statements in O'Sullivan report were false and defamatory, CNN and O'Sullivan brazenly republished the false and defamatory statements about Lori. [https://twitter.com/donie/status/1404889150113955851]; *Nunes v. Lizza*, 12 F. 4th 890, 901 (8th Cir. 2021) ("'Republication of a statement after the defendant has been notified that the plaintiff contends that it is false and defamatory may be treated as evidence of reckless disregard.' Restatement (Second) of Torts § 580A cmt. d (Am. L. Inst. 1977). Lizza tweeted the article in November 2019 after Nunes filed this lawsuit and denied the article's implication.  The pleaded facts are suggestive enough to render it plausible that Lizza, at that point, engaged in 'the purposeful avoidance of the truth.'").  At this point, CNN was engaged in the purposeful avoidance of the truth.  Instead of removing the defamatory broadcasts and tweets from the internet and social media, CNN left them up knowing that every day created fresh injuries.

12.     Numerous people who watched the O'Sullivan report (either the original broadcast on *Don Lemon Tonight* or on February 5, 2021 when the report was republished on CNN's *Newsroom* with Brooke Baldwin), including friends and family members, recognized Lori and understood that the defamatory statements referred to her specifically.

13.     As of February 4, 2021, Lori knew next to nothing about QAnon.  She did not know what it stood for or any of its core beliefs.  She was never interested in "Q" and paid no attention to the group at all.  Lori did not go to QAnon gatherings, meetings or rallies.  She did not (and does not) know and has never spoken with the "QAnon Shaman" (Jacob Chansley), or Jim Watkins or Alan Hostetter or any other "prominent figures in the QAnon movement".  She never visited the "hate-filled 8Kun" website or any other website where QAnon messages are posted.  She never used or shared any QAnon hashtags, gifs, memes, marks, slogans, symbols or language in her communications with anyone.  Lori never purchased a QAnon t-shirt, hat, mug, flag or any other merchandise bearing any QAnon symbol, slogan or message.  She has never espoused or amplified any "**QAnon**" beliefs or theories.  She did absolutely nothing to even remotely suggest that she adhered to QAnon or participated in any aspect of the "#taketheoath movement".

14.     Lori is not a follower[3] of any violent, extremist or terrorist groups, including **QAnon**.

15.     CNN's false statements subjected Lori to hatred, distrust, ridicule, contempt and disgrace.  Viewers immediately understood the O'Sullivan report to convey a defamatory meaning, *see, e.g.*:

> https://mobile.twitter.com/SethAbramson/status/1357808754931171333
> ("Chilling").

---

[3]     Merriam-Webster defines "follower" as (1) "one in the service of another"; (2) "one that follows the opinions and teachings of another"; (3) "one that imitates another"; (4) fan or devotee; (5) "one who subscribes to a feed especially on social media." [https://www.merriam-webster.com/dictionary/follower].  Synonyms for "follower" include "acolyte", "adherent", "convert" and "disciple".  Lori fits **_none_** of the dictionary definitions of "follower".

[*See, e.g., Flynn v. CNN*, 2021 WL 5964129, at * 4 (S.D.N.Y. Dec. 16, 2021) ("Because the Court accepts the Flynns' allegation that they are not QAnon followers as true, the Flynns have plausibly alleged that CNN's statement was false.  Consequently, the Flynns have also plausibly alleged that CNN's statement was defamatory. *See* R&R at 33 ("[F]alsely implying a connection to a violent extremist group can be defamatory.")].

16.     CNN falsely attributed to Lori associations that never existed, actions she never took, including an oath of allegiance or pledge to **QAnon**, and views Lori never held.  Published in the immediate aftermath of the storming of the U.S. Capitol, CNN's false attributions exposed Lori to public scorn, ridicule and contempt, and lowered her esteem in the community, causing insult, embarrassment, humiliation and substantial injury to her reputation.  The edited video clip of Lori, with the chyron CNN chose to run underneath, confirmed for CNN's viewers that Lori was indeed one of the despised "**QANON FOLLOWERS**" who were the subject of the O'Sullivan report and who were "prominent members of the mob" who stormed the Capitol on January 6, 2021.

17.     Lori was sickened, insulted, embarrassed, humiliated and outraged by CNN's false accusations.  The O'Sullivan report personally confirmed for Lori just how ugly the media has become.  CNN took what was a very innocent event with family and friends celebrating the 4th of July, as well as a legal victory for her husband, juxtaposed it with a "QAnon Gathering" in Arizona, and manufactured a false and malicious lie.  The Flynn family had simply decided to join in on the national display of patriotism.  CNN took it as an opportunity to tarnish Lori's name and the name of her family.  Lori lost many good friends due to CNN's false QAnon narrative.  Banks refuse to do business with Lori because of CNN's broadcasts and publication of false statements.  CNN's

conduct, without doubt, has put enormous emotional strain on Lori, General Flynn, their children, and Lori's numerous brothers and sisters.  Many friends who saw the CNN story no longer associate with Lori because of it.  In addition, Lori has had to endure the stares, iPhones pulled out for pictures.  The impact of CNN's false statements and defamatory implications has been extremely harmful, stressful and heartbreaking.  Not a day goes by where Lori do not relive her picture on CNN above the chyron, "**QANON FOLLOWER**".  She has to watch her back constantly.  People leave voicemails on her phone now with threats to her family.

18.     In this case, Lori seeks special damages, actual damages and punitive damages as a result of CNN's false statements and defamatory implications.

## II.  PARTIES

19.     Lori is a citizen of Florida.  She lives in Sarasota County.  She is a private individual.  Lori has been married to General Flynn for forty-one (41) years.  Lori and General Flynn have two sons and four grandchildren.  Lori has fully supported her husband in his life-long defense of the United States of America, the Constitution, freedom, and the rule of law.  As a military spouse, Lori has an abiding respect for this Country and the principles for which it stands.  Until she was egregiously defamed by CNN, Lori enjoyed an untarnished reputation in the community.  As a direct result of the defamation, Lori had to change her phone number, has lost friendships and has suffered a deep loss of trust and personal fear of the media.

20.     Defendant, CNN, is a Delaware corporation, based and operating in Georgia.  CNN is a division of WarnerMedia.  WarnerMedia was an operating segment of AT&T, Inc., until it was recently spun-off and sold to Discovery, Inc.  CNN is part of

WarnerMedia's "Turner" business unit.  The Turner business unit operates television networks and related properties that offer branded news and other content for consumers in Florida and around the world.  Millions in Florida watch CNN.  Turner's digital properties include the CNN digital network, www.cnn.com.  In addition to its massive digital footprint, CNN employs multiple social media accounts as a means to profit from the publication of its false statements.  The O'Sullivan report and social media posts at issue in this case, identified above and below, were published to and read by millions in Florida, where Lori suffered and continues to suffer substantial damage to her name and reputation. *See, e.g., Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 776 (1984) ("[f]alse statements of fact harm both the subject of the falsehood ***and*** the readers of the statement … The tort of libel is generally held to occur wherever the offending material is circulated. Restatement (Second) of Torts § 577A, Comment a (1977).").

### III.  <u>JURISDICTION AND VENUE</u>

21.    The United States District Court for the Middle District of Florida has subject matter jurisdiction over this action pursuant to Title 28 U.S.C. § 1332 (Diversity). The parties are citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

22.    CNN is at home in Florida, and is subject to the Court's general and specific personal jurisdiction.

23.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2).  The defamation which is the basis of this lawsuit was committed in the Middle District of Florida in addition to all over the world.  Over 10 million people—more than 55 percent of the State's population—reside within the Middle District, thus making the alleged

defamatory statements in this venue highly significant.  Lori is a resident of Sarasota County, and is domiciled in the Middle District of Florida.  CNN conducts substantial business in the Middle District, is registered in Florida as a foreign corporation, maintains a registered agent in Plantation, Florida, operates a bureau in Miami, Florida, and has hundreds if not thousands of agents in Florida who engage in daily business for CNN.

### COUNT I – DEFAMATION *PER SE*

24.    Plaintiff restates paragraphs 1 through 23 of this Amended Complaint, and incorporates them herein by reference.

25.    Beginning in July 2020, CNN began to work on a narrative about **QAnon**. The purpose of the narrative was to harm Republicans and President Trump.   In furtherance of the goal, CNN published a series of articles leading up to the O'Sullivan report that gradually linked QAnon to hate crimes, violent extremism and domestic terrorism.  [https://www.cnn.com/2020/07/03/us/what-is-qanon-trnd/index.html  ("Since its origin three years ago, QAnon has festered in the darker corners of the internet.  Now the group's followers, who call themselves 'believers,' have found a niche on social media and within the Republican Party.  QAnon began as a single conspiracy theory.  But its followers now act more like a virtual cult, largely adoring and believing whatever disinformation the conspiracy community spins up … Followers make unfounded claims and then amplify them with doctored or out-of-context evidence posted on social media to support the allegations.");  https://www.cnn.com/2020/10/15/politics/donald-trump-qanon-town-hall/index.html ("Followers also believe there is a 'deep state' effort to annihilate Trump and that the President is secretly working to bust these pedophilic cabals … Followers of the group -- which has been labeled a domestic terror threat by the

FBI -- have also peddled baseless theories surrounding mass shootings and elections and have falsely claimed that 5G cellular networks are spreading the coronavirus.");[4] https://www.cnn.com/2020/12/15/us/qanon-trump-twitter-invs/index.html ("Rather than being a nebulous group that amplifies messages organically at the grassroots level, QAnon appears to also be an occasional architect of messages that, through coordinated behavior, make their way to the most powerful factions of the Republican Party.")].[5] Throughout 2021 and 2022, CNN doubled-down on its opposition research about QAnon, publishing talking points intended to injure the reputations of anyone associated with QAnon. In yet another "Special Report" hosted by Anderson Cooper, CNN reiterated that QAnon was a "cult". Cooper repeated that QAnon espoused ideas that were based on "anti-Semitic, anti-Catholic tropes that have been used [by] … the Nazis". He drew a direct connection between QAnon and the "terror group ISIS". [http://transcripts.cnn.com/TRANSCRIPTS/2102/26/csr.01.html].

26.     CNN made, published and republished false factual statements of or concerning Lori. Using Lori's image, an edited video clip and a flashy chyron, CNN falsely stated or implied and insinuated that Lori was an acolyte, adherent, convert and disciple of QAnon – a "**QANON FOLLOWER**" – or was linked to and involved in or

---

[4]     Lori has never embraced any of the so-called QAnon "beliefs" espoused by the "followers" of the extremist "cult".

[5]     Lori did not read any of CNN's articles about QAnon, and did not know that the O'Sullivan report was part of a larger smear campaign.

with the violent extremist group, **QAnon**.   CNN manufactured a relationship and connection between Lori and QAnon that never existed.[6]

27.      CNN published the false statements without privilege of any kind.

28.      CNN's statements are materially false.   Lori is not and never has been a follower of the QAnon terrorist/extremist group.   Lori never took or pledged an oath of allegiance to QAnon.   There is a material difference between CNN's false statements and the truth.   CNN falsely attributed to Lori an affiliation/association, beliefs and views that Lori has never had. *See Masson v. New Yorker Magazine, Inc.*, 501 U.S. 496, 510-511 (1991) ("False attribution of statements to a person may constitute libel, if the falsity exposes that person to … [hatred, contempt, ridicule, or obloquy, or … causes him to be shunned or avoided, or … has a tendency to injure him in his occupation]… A fabricated quotation may injure reputation in at least two senses, either giving rise to a conceivable claim of defamation.   First, the quotation might injure because it attributes an untrue factual assertion to the speaker … Second, regardless of the truth or falsity of the factual matters asserted within the quoted statement, the attribution may result in injury to reputation because the manner of expression or even the fact that the statement was made indicates a negative personal trait or an attitude the speaker does not hold.").   The truth would have had a different effect on the minds of viewers and readers from that which CNN's false statements produced. *See Murphy v. Boston Globe, Inc.*, 449 Mass. 42, 865

---

[6]      CNN might as well have accused Lori of being a follower of ISIS, the Proud Boys, the Ku Klux Klan, or the Nazis. *See Boulger v. Woods*, 917 F.3d 471, 483 (6th Cir. 2019) (the tweet at issue was reasonably susceptible to a defamatory meaning— that "Woods was asserting Boulger was the woman giving the Nazi salute"); *Liberty Lobby, Inc. v. Anderson*, 1991 WL 186998, at * 9 (D. D.C. 1991) ("The Court finds that the implication that Carto emulates Hitler in appearance or action is defamatory and that the record could support a reasonable jury finding that the defendants published these allegations with actual malice").

N.E.2d 746, 758 (Mass. 2007) ("The jury were warranted in finding that the portion of the story quoting the plaintiff as saying, 'She is [fourteen].  She got raped.  Tell her to get over it,' would lead one to believe the judge was indifferent, and even callous, to crime victims who appeared before him, and especially demeaning to the rape victim.  The difference between the statement attributed to the plaintiff in the Herald articles, and the statement that Crowley testified he told Wedge the plaintiff had made, cannot, as matter of law, be characterized as a minor discrepancy").

29.     CNN's statements are defamatory. *See, e.g., Flynn*, 2021 WL 5964129 at * 4 (finding that CNN's statements during the O'Sullivan report are defamatory); *see also Zimmerman v. Buttigieg*, 2021 WL 6065781, at * 9 M.D. Fla. 2021) (amended complaint that alleged defendants subject plaintiff to "hatred, distrust, ridicule, contempt, and disgrace" and also alleged that "Zimmerman was responsible for gun violence, prejudice, fear, and racism" sufficiently pled defendant's liability based on defamation *per se*); *Sirer v. Aksoy*, 2021 WL 4952610, at * 4 (S.D. Fla. 2021) ("in the Complaint, Plaintiff alleges that Defendant posted a video on his YouTube channel accusing Plaintiff of being a member of an organization designated as a terrorist organization … which he later reposted to Twitter.  Plaintiff alleges further that Defendant made the remarks as part of a scheme to depress the price of AVAX in favor of the crypto-assets he promotes.  Plaintiff alleges that his reputation has been harmed by Defendant's statements, and that they pose a threat to Plaintiff's and his family's safety.  Plaintiff need not allege more.") (citation omitted); *Coker v. Barr*, 2020 WL 9812034, at * 8 (D. Colo. 2020) ("it is hard to imagine a greater stigma than being associated with terrorism in our post-9/11 world.").

30.     CNN's false statements constitute defamation *per se*.  The statements tend to subject Lori to hatred, distrust, ridicule, contempt, or disgrace.  CNN's statements link Lori to a terror group, who were "prominent" members of the insurrectionist mob who stormed the Capitol.  CNN's statements caused Lori to fear for her safety, fear what her friends and others in the community think of her, and fear that she will be singled-out and discriminated against because people think she is a "**QANON FOLLOWER**".[7]

31.     CNN's false statements are neither fair nor accurate.

32.     By broadcasting the false statements on cable television, publishing the statements on the Internet *and* republishing via social media, CNN knew or should have known that the false statements would be republished over and over by third-parties to Lori's detriment.  Republication by CNN's followers, subscribers, readers, other media outlets, and by users of Twitter was the natural and probable consequence of CNN's actions and was actually and/or presumptively authorized by CNN.  In addition to its original publications, CNN is liable for the republications of the false and defamatory statements by third-parties under the republication rule.

33.     CNN's false and defamatory statements jeopardized Lori's safety, humiliated and embarrassed her and harmed her reputation, causing actual injuries and pecuniary loss.

---

[7]     In September 2021, Lori's credit cards were canceled by J.P. Morgan Chase allegedly because of the "reputational risk" that affiliation with Lori could bring the bank. [https://www.rubio.senate.gov/public/index.cfm/press-releases?ID=292986FA-78C6-424C-A0C9-790B7D2C4FFD].   The bank later claimed it was an "error" and reinstated Lori's account.  Regardless whether the termination of Lori's credit cards by the bank was in fact a mistake, the event illustrates the harm that CNN's false and defamatory statements have caused.

34.     CNN lacked reasonable grounds for a belief in the truth of its statements, and acted negligently in failing to determine the true facts.  Prior to February 4, 2021 and publication of the O'Sullivan report, no news publication ever reported that Lori was a "QAnon follower".  There were no tweets or posts that labeled or even suggested that she was a "**QANON FOLLOWER**".   CNN did no research or investigation of Lori whatsoever.  All CNN knew was that on July 4, 2020 Lori took the Oath to the United States Constitution, and, among many other things, she repeated the words, "where we go one, we go all".  CNN did not know why Lori repeated these words or why she took the Oath or whether she had *any* connection to QAnon.  CNN failed to contact Lori or any other member of the Flynn family prior to publication, and, in spite of giving a podcaster an opportunity to offer his observations of QAnon, CNN utterly failed to give Lori an opportunity to respond to the false charges.   CNN had no independent evidence to corroborate that Lori was a follower of any violent, extremist group, including QAnon, because no such evidence exists.  As an experienced reporter, O'Sullivan was keenly aware that the events of January 6, 2021 were emotionally and politically super-charged, and that the statements about Lori, when viewed in the context of the "insurrection" and invasion of the United States Capitol that was fresh on Americans' minds, had an instantaneous opprobrious connotation.  O'Sullivan knew or should have known that linking Lori to the group that was "prominent" among the mob that invaded the Capitol building, assaulted Police and committed other crimes, without solid factual support would have obvious pejorative connotations.  CNN was grossly negligent in publishing the statements about Lori.  CNN failed to exercise reasonable care in the production process, abandoned its ethical duty to report the truth and minimize harm, and, in its

hurry to publish a scandalous story about Lori and her family, violated the codes of ethics and journalistic integrity, customs and standards in the industry applicable to the media.

35.    CNN published the false and defamatory statements with actual malice:

a.    CNN knew its statements about Lori were false.  CNN knew that it had no factual basis to accuse Lori of being a "**QANON FOLLOWER**".  In spite of its actual knowledge, CNN misrepresented that Lori was a QAnon disciple or adherent and that she pledged allegiance to this extremist group.  CNN fabricated the statements.  They were a product of CNN's imagination and desire to hurt General Flynn.

b.    At a time when it was heavily promoting a narrative about violent DVE QAnon, CNN deliberately altered the video posted by General Flynn to his Twitter account in order to fraudulently associate Lori and other members of the Flynn family with the QAnon domestic terrorists and extremists, and, thereby, intentionally convey a defamatory meaning as to Lori.  The edits were deliberate and fraudulent, and were made by editors and producers who were following a preconceived narrative (crafted by former CNN President Jeff Zucker) to link the Flynn family members to the violent extremist group QAnon that was responsible for the events of January 6, 2021.  This was not the first time CNN peddled falsehoods to injure someone and destroy their reputation.  They did it during the 2020 Presidential election.  [https://nypost.com/2021/04/13/cnns-charlie-chester-says-network-peddled-anti-trump-propaganda/].  The O'Sullivan report was part of a premeditated effort by CNN to injure Lori, just as CNN has targeted others.  [https://www.instagram.com/reel/CaSlBqcg47o/?utm_medium=share_sheet    ("If    the agenda say is to get Matt Gaetz right now, he's like this Republican.  He's a problem for the Democratic Party because he's so conservative and he can cause a lot of hiccups to

passing of laws and what not.  So it would be great for the Democratic Party to get him

out.   So, we're going to keep running those stories to keep hurting him and make it so

that it can't be buried")].

        c.     In the wake of the storming of the United States Capitol, CNN's

statements were intentionally extreme and outrageous.  CNN knew that publication of the

statements would cause a media frenzy.  CNN deliberately and recklessly conveyed a

false narrative about Lori to sensationalize the news. *Tomblin v. WCHS-TV8*, 2011 WL

1789770, at * 5 (4th Cir. 2011) (unpublished) ("on the question of whether WCHS-TV8

deliberately or recklessly conveyed a false message to sensationalize the news and thus to

provide factual support for a finding of malice, there are disputed facts").  Knowing that

its statements about Lori were sensationally false, CNN intentionally published the false

statements in order to increase ratings, viewership and profits.   CNN's decision to

promote a baseless narrative about the Flynns was part of a deliberate corporate policy

and regular way of doing business that emanated from Zucker.  CNN acted willfully and

wantonly and with actual malice by pursuing a course of action that it knew was likely to

result in harm to Lori.

        d.     CNN is a Democratic Party trumpet.  CNN recruits, hires and

promotes journalists who share its extreme ideology and political viewpoints.  CNN

harbors an institutional animosity, hostility, hatred, extreme bias, spite and ill-will

towards the Flynn family, and, in particular, General Flynn.  This animosity, bias,

prejudice and desire to harm motivated CNN to publish the intentionally false statements

and insinuations about Lori at issue in this case.  CNN intended to inflict harm through

knowing or reckless falsehoods.  CNN published the false statements as part of a broad,

pretextual, premeditated and ongoing disinformation campaign against General Flynn orchestrated by political operatives and agents of the Democratic Party for whom CNN acts as a surrogate and bullhorn.  The purpose of CNN's effort to link Lori and her family to violent extremists is to impair or abrogate General Flynn's ability to have any impact on the political environment in the United States given General Flynn's stature.   In furtherance of the scheme, CNN uses its broadcast and publishing empire, political influence and international reach to attack General Flynn and his family at each opportunity, and to sow seeds of distrust in the minds of the voting public about General Flynn by publishing false narratives and talking points provided by Democratic operatives.  Lori was and is collateral damage in CNN's defamation scheme.

        e.      CNN abandoned all journalistic standards and integrity, including CNN's own standards and code of ethics, in writing, editing, and publishing the false narrative.  CNN did not seek the truth or report it.  It betrayed the truth to sensationalize the news for self-glory, profit and politics.  Rather than minimize harm to Lori, CNN set out to inflict maximum pain and suffering on Lori in order to harm Lori's reputation and belittle and besmirch General Flynn.   CNN never once considered the long-term implications or the extended reach and permanence of the false accusation that Lori was affiliated with a domestic violence extremist group.  CNN did not care.  It intended to hurt Lori.

        f.      Upon information and belief, CNN and O'Sullivan have deleted or discarded their notes and other documents that laid out the plan to smear the Flynn family in a deliberate effort to conceal the fact that they knew there were inaccuracies in the reporting.  This inference, in turn, provides a strong basis for a finding of actual malice.

g.      In June 2021, after it was notified that the Flynn family contended that the O'Sullivan report was false and defamatory, CNN republished the false and defamatory statements and imputations out of a desire to hurt Lori and to permanently stigmatize her.  CNN and its agents, including O'Sullivan, acted with reckless disregard for the truth. [https://twitter.com/donie/status/1404889150113955851]; *Nunes v. Lizza*, 12 F. 4th 890, 901 (8th Cir. 2021) ("'Republication of a statement after the defendant has been notified that the plaintiff contends that it is false and defamatory may be treated as evidence of reckless disregard.' Restatement (Second) of Torts § 580A cmt. d (Am. L. Inst. 1977).  Lizza tweeted the article in November 2019 after Nunes filed this lawsuit and denied the article's implication.  The pleaded facts are suggestive enough to render it plausible that Lizza, at that point, engaged in 'the purposeful avoidance of the truth.'").

36.     As a direct result of CNN's defamation, Lori suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

## COUNT II – <u>DEFAMATION BY IMPLICATION</u>

37.     Plaintiff restates paragraphs 1 through 17 and 35 of this Complaint, and incorporates them herein by reference.

38.     The strong defamatory gist and false implication from the O'Sullivan report is that Lori is a follower of a violent, extremist group responsible, *inter alia*, for the events on January 6, 2021.  The O'Sullivan report implies that Lori harbors the same beliefs, views and inclinations as all other QAnon adherents featured in the report,

including two QAnon followers arrested and prosecuted for storming the Capitol on January 6, 2021.

39.     CNN carefully chose its words and purposefully represented facts.  In the O'Sullivan report, CNN juxtaposed a series of true facts so as to imply a defamatory connection between them.  CNN juxtaposed the gathering in Arizona with the gathering in Rhode Island, making it appear that CNN went inside both gatherings to report on the conduct of "**QANON FOLLOWERS**".  In the context of a broadcast about "**QANON FOLLOWERS**", including "at least two people who would go on to Washington D.C. on January 6", CNN displayed a full body image of Lori above the chyron.  Lori did repeat the words, "where we go one we go all".  Lori's hand was raised.  She was taking an oath.  However, CNN intentionally and selectively edited and altered General Flynn's July 4, 2020 video.  CNN omitted facts in a way that intentionally conveyed a preconceived false meaning and implication – that Lori is a "**QANON FOLLOWER**" and that in the video clip she pledged her allegiance to **QAnon**.  The tone, intended meaning and defamatory implication of the O'Sullivan report is clear from the words and images used by CNN.  Although CNN used Lori's image to support its narrative, CNN published no disclaimer and made no effort to clarify that it did not mean to portray Lori as a "**QANON FOLLOWER**".

40.     CNN's statements and actions constitute defamation by implication.

41.     As a direct result of CNN's defamation by implication, Lori suffered actual injuries, including, but not limited to, insult, pain, embarrassment, humiliation, emotional suffering, injury to her reputation, lost future earnings and diminished earning

capacity, costs and other out-of-pocket expenses, in the sum of $25,000,000.00 or such greater amount as is determined by the Jury.

42.     CNN published the false statements intentionally, deliberately and with actual malice.  For the reasons stated in paragraph 34 above, CNN is liable to Lori for punitive damages.


Lori alleges the foregoing based upon personal knowledge, public statements of others, and records in her possession.  Lori believes that substantial additional evidentiary support, which is in the exclusive possession of CNN, Zucker, Cooper, O'Sullivan, their agents and other third-parties, will exist for the allegations and claims set forth above after a reasonable opportunity for discovery.

Lori reserves her right to amend this Complaint upon discovery of additional instances of CNN's wrongdoing.


## CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Plaintiff Lori Flynn respectfully request the Court to enter Judgment against CNN as follows:

A.      Compensatory damages in the sum of $25,000,000.00;

B.      Punitive damages in the amount of $75,000,000.00;

C.      Prejudgment interest on the principal sum awarded by the Jury at the maximum rate allowed by law from January 6, 2021 until Judgment is entered;

D.      Postjudgment interest;

E.      Such other relief as is just and proper.

**TRIAL BY JURY IS DEMANDED**

DATED:        June 6, 2022

LORI FLYNN

By:___*/s/ Jason R. Kobal*_____
        Jason R. Kobal, Esquire
        KOBAL LAW, P.A.
        12169 W. Lindebaugh Ave.
        Tampa, FL 33626
        (813) 873-2440
        koballaw@yahoo.com
        Florida Bar No.: 0542253

        *Counsel for the Plaintiffs*

        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:        (804) 501-8272
        Facsimile:        (202) 318-4098
        Email:                stevenbiss@earthlink.net

        *Counsel for the Plaintiffs*
        *(Application for Admission Pro Hac Vice*
            *To be Filed)*

### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: __/s/ *Jason R. Kobal*_____

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiffs*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:     (804) 501-8272
Facsimile:     (202) 318-4098
Email:           stevenbiss@earthlink.net

*Counsel for the Plaintiffs*
*(Application for Admission Pro Hac Vice*
*To be Filed)*