**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Tampa Division**

**CASE NO. 8:22-cv-00512-MSS-AEP**

| | |
|---|---|
| LORI FLYNN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

# PLAINTIFF'S DISCLOSURE STATEMENT

Plaintiff, Lori Flynn ("Plaintiff"), by counsel, pursuant to Local Civil Rule 3.03, files this Disclosure Statement:

1. The following persons — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — have an interest in the outcome of this action:

   a. Lori Flynn;

   b. Steven S. Biss, Esquire;

   c. Jason R. Kobal, Esquire;

   d. Kobal Law, P.A.

2. The following entity(ies) with publicly traded shares or debt are potentially affected by the outcome of the proceedings:

None, other than as may be disclosed by Defendant.

3. The following additional entity(ies) are likely to be an active participant in the proceedings:

None.

4. The following person(s) are arguably eligible for restitution:

None.

We certify that, except as disclosed, we are unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and we will immediately notify the judge in writing within fourteen days after we know of a conflict.

DATED: June 13, 2022

Signature of Counsel on Next Page

LORI FLYNN

By:   */s/ Jason R. Kobal*
      Jason R. Kobal, Esquire
      KOBAL LAW, P.A.
      12169 W. Lindebaugh Ave.
      Tampa, FL 33626
      (813) 873-2440
      koballaw@yahoo.com
      Florida Bar No.: 0542253

*Counsel for the Plaintiffs*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Counsel for the Plaintiffs*
*(Application for Admission Pro Hac Vice*
    *To be Filed)*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Jason R. Kobal*
Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Lindebaugh Ave.
Tampa, FL 33626
(813) 873-2440
koballaw@yahoo.com
Florida Bar No.: 0542253

*Counsel for the Plaintiffs*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Counsel for the Plaintiffs*
*(Application for Admission Pro Hac Vice*
*To be Filed)*

4