ORIGIN ID:KYOA   (813) 405-4226
ALYSSA BEENE
SHULLMAN FUGATE PLLC
100 ASHLEY DRIVE
SUITE 600
TAMPA, FL 33602
UNITED STATES US

SHIP DATE: 10JUN22
ACTWGT: 1.00 LB
CAD: 110996299/INET4490

BILL SENDER

TO  **CIVIL CLERK**
**UNITED STATES MIDDLE DISTRICT**
**801 NORTH FLORIDA AVENUE**

**TAMPA FL 33602**
(813) 405-8226        REF: LORI FLYNN V. CNN
INV:
PO:                         DEPT:

577J2274F/FE4A




**MON - 13 JUN 4:30P**
**STANDARD OVERNIGHT**

TRK# 7770 9606 0057
0201

**34 KYOA**                **33602**
                       FL-US **TPA**



FedEx Ship Manager - Print Your Label(s)

6/10/22, 10:19 AM