UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
CASE NO: 8:22-CV-00512-MSS-AEP

LORI FLYNN,                               )
                                          )
            Plaintiff,                    )
                                          )
   vs.                                    )
                                          )
CABLE NEWS NETWORK, INC.                  )
                                          )
            Defendant.                    )

**SUPPLEMENTAL DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANT CNN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Katherine M. Bolger, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendant Cable News Network ("CNN" or "Defendant") in the above-captioned matter.

2. I submit this declaration to annex documents relevant to the Defendant's motion to dismiss Plaintiff's First Amended Complaint ("FAC") in this action.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the article titled "Former Trump aide Flynn appears to make pledge to QAnon in July 4 video," Independent (July 5, 2020). Defendant requests that the Court take judicial notice of the fact of this article's publication. This article is available at:

https://www.independent.co.uk/news/world/americas/us-politics/trump-flynn-qanon-conspiracy-theory-independence-day-speech-slogan-a9602596.html.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of article titled "Michael Flynn posts video featuring QAnon slogans," CNN (July 7, 2020). Defendant requests that the Court take judicial notice of the fact of this article's publication. This article is available at:

https://www.cnn.com/2020/07/07/politics/michael-flynn-qanon-video/index.html.

5. Defendant requests that the Court take judicial notice of the fact that on July 5, 2020, *Mother Jones* published the article available at:

https://www.motherjones.com/politics/2020/07/to-celebrate-the-fourth-michael-flynn-posts-a-pledge-to-conspiracy-group-qanon/.

6. Defendant requests that the Court take judicial notice of the fact that on July 6, 2020, *Salon* published the article available at:

https://www.salon.com/2020/07/06/mike-flynn-swears-allegiance-to-qanon-in-fourth-of-july-video/.

7. Defendant requests that the Court take judicial notice of the fact that on July 11, 2020, *Business Insider* published the article available at:

https://www.businessinsider.com/trump-campaign-sources-propaganda-from-qanon-network-2020-6.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 17, 2022

                                                             */s/ Katherine M. Bolger*
                                                             KATHERINE M. BOLGER